**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**DELTA DIVISION**

| | |
|---|---|
| JAMIE ROPER | PETITIONER |
| V. | NO. 2:10CV086-P-A |
| MARGARET BINGHAM | RESPONDENT |

## FINAL JUDGMENT

In accordance with the memorandum opinion issued this day, the motion to dismiss (docket number 8) is **GRANTED**. The instant petition is **DISMISSED** with prejudice.

**IT IS SO ORDERED.**

THIS the 31st day of August, 2010.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE